1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDRE E. HUNTER,

11          Plaintiff,                  No. CIV S-06-0177 FCD JFM P

12

13      vs.

14  D.L. RUNNELS, Warden, et al.,

15          Defendants.                 ORDER

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20  statement for the six month period immediately preceding the filing of the complaint.  See 28

21  U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

22  prison trust account statement.

23          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

24  submit, within thirty days from the date of this order, a certified copy of his prison trust account

25  statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

26  /////

1

Dockets.Justia.com

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
hunt0177.3cnew