IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE E. HUNTER,

      Plaintiff,                     No. CIV S-06-0177 FCD JFM P

   vs.

D.L. RUNNELS, Warden, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 19, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 26, 2006 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
hunt0177.36