IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE E. HUNTER,**<br><br>                              Plaintiff,<br><br>v.<br><br>**D. L. RUNNELS, et al., ,**<br><br>                              Defendants. | 2:06-cv-0177 FCD JFM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Good cause appearing, Defendants are granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before September 19, 2007.

Dated:  August 20, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/hunt0177.eot2

Defendants' Second Request for an Extension of Time to Respond to the Complaint

1