IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE E. HUNTER,

      Plaintiff,                      No. CIV S-06-0177 FCD JFM P

   vs.

D.L. RUNNELS, et al.,

      Defendants.            ORDER

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' September 19, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's October 9, 2007 request for an extension of time is granted; and

          2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' September 19, 2007 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: October 19, 2007.

                                                    UNITED STATES MAGISTRATE JUDGE

/mp/001; hunt0177.36