1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE E. HUNTER,

11            Plaintiff,                    No. CIV S-06-0177 FCD JFM P

12        vs.

13   D.L. RUNNELS, et al.,

14            Defendants.              ORDER

15   _____/

16            On September 19, 2007, defendants filed a motion to dismiss pursuant to Federal

17   Rule of Civil Procedure 12(b).  On October 22, 2007, plaintiff was granted an additional thirty

18   days in which to file an opposition.  Thirty days have passed and plaintiff has not opposed the

19   motion.

20            Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

21   written opposition or to file a statement of no opposition may be deemed a waiver of any

22   opposition to the granting of the motion . . . ."  On May 18, 2007, plaintiff was advised of the

23   requirements for filing an opposition to the motion and that failure to oppose such a motion may

24   be deemed a waiver of opposition to the motion.

25            Local Rule 11-110 provides that failure to comply with the Local Rules "may be

26   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

1  inherent power of the Court."  In the order filed May 18, 2007, plaintiff was advised that failure

2  to comply with the Local Rules may result in a recommendation that the action be dismissed.

3          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4  date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a

5  statement of non-opposition.  Failure to comply with this order will result in a recommendation

6  that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

7  DATED:  November 28, 2007.

8

9                                 _____

10                                UNITED STATES MAGISTRATE JUDGE

11 /001; hunt0177.46o

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26