IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE E. HUNTER,

       Plaintiff,                No. CIV S-06-0177 FCD JFM P

    vs.

D.L. RUNNELS, et al.,

       Defendants.         <u>ORDER</u>

_____/

      Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' September 19, 2007 motion to dismiss. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's December 20, 2007 motion for an extension of time is granted; and

      2. Plaintiff shall file and serve an opposition to defendants' September 19, 2007 motion to dismiss on or before January 21, 2007. No further extensions of time will be granted.

DATED: January 9, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke; hunt0177.36sec