IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE E. HUNTER,

      Plaintiff,                             No. CIV S-06-0177 FCD JFM P

   vs.

D.L. RUNNELS, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: February 6, 2008.

                                               UNITED STATES MAGISTRATE JUDGE

/mp/001
hunt0177.59a

1