IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE E. HUNTER,

      Plaintiff,                               No. CIV S-06-0177 FCD JFM P

   vs.

D.L. RUNNELS, et al.,

      Defendants.                      <u>ORDER</u>

_____/

        All parties have now stipulated that this action be dismissed.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: February 13, 2008.

                                                       UNITED STATES MAGISTRATE JUDGE

/001; hunt0177.59c

1